IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00948-PAB-CBS

ANTHONY L. JIMENEZ,
    Plaintiff,
v.

SGT. SARA MARTZ,
SOLANO, and
3 UNKNOWN DOC AGENTS,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Jimenez' letter (filed July 5, 2011) (Doc. # 21) (docketed by the Clerk of the Court as "Motion re: Correction of Docket"). Pursuant to the Order of Reference dated June 15, 2011 (Doc. # 11), the Amended Order of Reference dated June 15, 2011) (Doc. # 12), and the memorandum dated July 5, 2011 (Doc. # 22), this matter was referred to the Magistrate Judge.

    Mr. Jimenez asks that the electronic docket be corrected to indicate that Defendant Solano has not been dismissed or terminated from the case. The court having reviewed Mr. Jimenez' letter and the entire case file and being sufficiently advised in the premises,

    IT IS ORDERED that Mr. Jimenez' letter (filed July 5, 2011) (Doc. # 21) (docketed by the Clerk of the Court as "Motion re: Correction of Docket") is GRANTED. The docket shall reflect that the Defendants currently in the case are: SGT. SARA

MARTZ, SOLANO, and 3 UNKNOWN DOC AGENTS.

DATED at Denver, Colorado, this 6th day of July, 2011.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge